IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
TANYA BATES                                    :
                                               :
       Plaintiff,                          :   CIVIL ACTION
                                               :
v.                                             :
                                               :   No. 09-CV-4245
MCELDREW & FULLAM, P.C.                        :
    and                                      :
JAMES MCELDREW                                 :
                                               :
       Defendant.                          :
_____:

# **ORDER**

      **AND NOW**, this _____, day of _____, 2010, upon consideration of Plaintiff's

Motion to voluntarily dismiss and withdraw her lawsuit with prejudice in the above-captioned

matter, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **GRANTED**.


                                              _____
                                              The Honorable R. Barclay Surrick,  J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
| | |
|---|---|
| TANYA BATES : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 09-CV-4245 |
| MCELDREW & FULLAM, P.C. : | |
| and : | |
| JAMES MCELDREW : | |
| : | |
| Defendant. : | |
_____:

**PLAINTIFF'S MOTION**
**TO VOLUNTARILY DISMISS HER LAWSUIT**

Plaintiff, Tanya Bates (hereinafter referred to as "Plaintiff," unless indicated otherwise) by and through her undersigned counsel, hereby states as follows in support of her Motion to voluntarily dismiss her lawsuit.

1. Plaintiff initiated the above-captioned matter on September 18, 2009.

2. Following a Rule-16 conference and some discovery having been conducted, Plaintiff desires to no longer proceed with this matter.

3. Plaintiff's undersigned counsel has counseled Plaintiff about the consequences of voluntarily dismissing her case with prejudice, and Plaintiff wishes to proceed with same.

4. Pursuant to Fed.R.Civ.P. 41, Plaintiff is not permitted to withdraw her lawsuit once an Answer is filed unless there is a stipulation between the Parties or unless the dismissal is approved as an Order of this Court.

5. Counsel for all Parties have conferred about Plaintiff's anticipated withdrawal of her lawsuit, and while Defendants will not agree to a particular stipulation, Defendants do not oppose Plaintiff's instant Motion.

2

**WHEREFORE,** Plaintiff respectfully requests that this Honorable Court grant her Motion and enter her proposed Order.

                                      Respectfully submitted,

                                      **KARPF, KARPF, VIRANT & SWARTZ**

By:   */s/ Ari R. Karpf*
        Ari R. Karpf, Esq.
        3070 Bristol Pike
        Building 2, Suite 231
        Bensalem, PA 19020
        Attorney for Plaintiff

Date: March 26, 2010

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| TANYA BATES | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-CV-4245 |
| MCELDREW & FULLAM, P.C. | : | |
| and | : | |
| JAMES MCELDREW | : | |
| | : | |
| Defendant. | : | |

_____:

**CERTIFICATE OF SERVICE**

I certify on the date set forth below that I served Defendants with Plaintiff's Motion to Dismiss her Lawsuit at the following address through Defendant's counsel of record via electronic filing:

Joseph Goldberg
Weber Gallagher Simpson Stapelton Fires & Newby LLP
2000 Market Street, 13th Floor
Philadelphia, PA 19103
jgoldberg@wglaw.com

**KARPF, KARPF, VIRANT & SWARTZ**

*/s/ Ari R. Karpf*
Ari R. Karpf
3070 Bristol Pike
Building 2, Ste. 231
Bensalem, PA 19020
Attorney for Plaintiff

Dated: March 26, 2010